**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jamel Williams, #348445

Plaintiff,

v.

Warden Brian Kendall *et al.,*

Defendants.

Case No. 2:25-13940-RMG

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge recommending that this Court summarily dismiss this action without further leave to amend and deny Plaintiff's motions for injunctive relief. (Dkt. No. 27). Plaintiff was advised that he had 14 days to file written objections and a failure to timely file written objections would result in clear error review and a waiver of the right to appeal the District Court's order.(*Id*. at 14). Plaintiff filed no timely objections.

**I. Background**

Plaintiff, state prisoner acting pro se, claims he is being denied access to the courts by the prison mail room allegedly delaying and returning his regular and legal mail. He also claims he is denied access to the prison law library. Upon review of Plaintiff's pleadings, Plaintiff was advised by the Magistrate Judge that the pleadings needed to demonstrate the defendants' personal involvement in the alleged deprivation of his rights and any actual injury arising from the same. After submission of a second and third round of amended complaints, the Magistrate Judge issued the R & R recommending the summary dismissal of the complaint because Plaintiff has failed to allege sufficient facts to state a claim under 43 U.S.C. § 1983 against any of the named defendants. (*Id.* at 7). The Magistrate Judge further found that Plaintiff had failed to allege sufficient facts to establish that he has been in any way hindered in pursuing any nonfrivolous claim. *(Id*. at 8). The

Magistrate Judge additionally recommended the denial of Plaintiff's motions for injunctive relief, finding that Plaintiff cannot meet the demanding standards for emergency injunctive relief. (*Id*. at 8-9).

## II. Legal Standard

### a. *Pro Se* Pleadings

This Court liberally construes complaints filed by *pro se* litigants to allow the development of a potentially meritorious case. *See Cruz v. Beto*, 405 U.S. 319 (1972); *Haines v. Kerner*, 404 U.S. 519 (1972). The requirement of liberal construction does not mean that the Court can ignore a clear failure in the pleadings to allege facts which set forth a viable federal claim, nor can the Court assume the existence of a genuine issue of material fact where none exists. *See Weller v. Dep't of Social Services*, 901 F.2d 387 (4th Cir. 1990).

### b. Report and Recommendation

The Magistrate Judge makes only a recommendation to this Court that has no presumptive weight. The responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court must make a *de novo* determination of those portions of the R&R to which Petitioner specifically objects. Fed. R. Civ. P. 72(b)(2). Where Petitioner fails to file any specific objections, "a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation omitted). "Moreover, in the absence of specific objections to the R & R, the Court need not give any explanation for adopting the recommendation." *Wilson v. S.C. Dept of Corr.*, No. 9:14-CV-4365-

RMG, 2015 WL 1124701, at *1 (D.S.C. Mar. 12, 2015); *see also Camby v. Davis*, 718 F.2d 198, 200 (4th Cir. 1983).

## III. Discussion

The Magistrate Judge ably summarized the factual and legal issues in this matter and correctly concluded that the complaint should be summarily dismissed without further leave to amend and that Plaintiff's motions for emergency injunctive relief and for a preliminary injunction (Dkt. Nos. 6, 24) be denied. Plaintiff filed no timely objections to the R & R.

## IV. Conclusion

In light of the foregoing, the Court hereby **ADOPTS** the R & R (Dkt. No. 27) as the Order of the Court and **DISMISSES** this action without prejudice, without leave to amend, and without issuance and service of process. The Court further **DENIES** Plaintiff's motions for injunctive relief. (Dkt. Nos. 6, 24).

**AND IT IS SO ORDERED.**

_s/ Richard M. Gergel
Richard Mark Gergel
United States District Judge

August 17, 2026
Charleston, South Carolina